# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DANIELA GHIURCUTA § Case No. 11-15604
§ Chapter 7
§ Hon. PAMELA S. HOLLIS
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within _____ days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 11/01/2011 in Courtroom 644 , Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u> **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: DANIELA GHIURCUTA § Case No. 11-15604
§ Chapter 7
§ Hon. PAMELA S. HOLLIS
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $6,417.00 |
| *and approved disbursements of* | $2,050.00 |
| *leaving a balance on hand of* [1] | $4,367.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,367.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $1,091.75 | $0.00 | $1,091.75 |
| *Trustee, Expenses* ALLAN J. DeMARS | $6.52 | $0.00 | $6.52 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* U.S. Bankruptcy Court | |
| *Fees,* United States Trustee | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $1,098.27 |
| Remaining balance: | $3,268.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $3,268.73 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $3,268.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling  $29,036.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  11.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom FSB | $2,740.70 | $0.00 | $308.53 |
| 2 | Real Time Resolutions | $24,730.64 | $0.00 | $2,784.02 |
| 3 | Capital One NA | $1,565.03 | $0.00 | $176.18 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $3,268.73 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling  $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
                        Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-15604-PSH
Daniela Ghiurcuta                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward          Page 1 of 2          Date Rcvd: Oct 06, 2011
                            Form ID: pdf006          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
```
db          +Daniela Ghiurcuta,    9201 Skokie Blvd  Apt 202,    Skokie, IL 60077-1341
17123018    +4700-4710 Belden condo Assoc,    4700-4710 W Belden,    Chicago, IL 60639-3324
17123019    +ATG Credit LLC,    PO BOX 14895,    Chicago, IL 60614-0895
17123020    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17123021    +Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
17123022    +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
17123026   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Chase,    Po Box 1093,    Northridge, CA 91328)
17123023    +Cagan Management Group Inc,    3856 Oakton Street,    Skokie, IL 60076-3456
17487669    +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
17123024    +Cbna,    1000 Technology Dr,    O Fallon, MO 63368-2239
17123025    +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
17123027    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17123028     Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
17123029    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
17123030    +Citibankna,    Po Box 769006,    San Antonio, TX 78245-9006
17123034    +Dr John Klimediotis,    1420 Renassaince Drive Suite 207,    Park Ridge, IL 60068-1342
17123035    +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
17123038    +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
17123039    +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
17123041    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
17123042     Miramed Revenue Group,    PO BOX 77000,    Dept 77304,    Detroit, MI 48277-0304
17123043    +Morton Grove Medical Imaging,    6910 S Madison Street,    Willowbrook, IL 60527-5504
17123046    +North Shore University Health Syst,    777 Park Avenue West,    Highland Park, IL 60035-2433
17123047    +Onewest Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
17123048     Park Ridge Multi Med,    15 N Prospect Ave,    Park Ridge, IL 60068-3563
17123049    +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
17123050    +Pierce & Associates,    1 North Dearborn Suite 1300,    Chicago, IL 60602-4373
17123051    +Pinnacle Management Services,    514 Market Loop Suite 103,    Dundee, IL 60118-2181
17393996   ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
              PO Box 36655,    Dallas Texas 75235)
17123052    +Real Time Resolutions,    1750 Regal Row,    Dallas, TX 75235-2289
17123053    +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
17123054     Robert Hozman,    PO BOX 388320,    Chicago, IL 60638-8320
17123055    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17123056     The Neurocenter,    6225 W Touhy Ave,    Chicago, IL 60646-1105
17123057    +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
17123058    +Van Ru Credit Corporation,    1350 E Touhy Ave Suite 100 E,    Des Plaines, IL 60018-3303
17123059    +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
17123060    +Wellington Realty Group,    5724 N Western,    Chicago, IL 60659-5114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17123032     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 10:30:48     Discover Fin,   Pob 15316,
              Wilmington, DE 19850
17123033    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 10:30:48     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
17123036    +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 10:20:49      Gemb/L&T,   Po Box 981400,
              El Paso, TX 79998-1400
17123037    +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 10:20:49      Gemb/Old Navy,   Po Box 981400,
              El Paso, TX 79998-1400
17123040    +E-mail/PDF: cr-bankruptcy@kohls.com Oct 07 2011 10:20:49     Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17123042     E-mail/Text: mmrgbk@miramedrg.com Oct 07 2011 10:05:44     Miramed Revenue Group,   PO BOX 77000,
              Dept 77304,    Detroit, MI 48277-0304
17123044    +E-mail/Text: bankrup@nicor.com Oct 07 2011 10:05:40     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
17123045    +E-mail/Text: bnc@nordstrom.com Oct 07 2011 10:05:41     Nordstrom Fsb,   Po Box 6555,
              Englewood, CO 80155-6555
17392127    +E-mail/Text: bnc@nordstrom.com Oct 07 2011 10:05:41     Nordstrom fsb,   P.O. Box 6566,
              Englewood, CO 80155-6566
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17123031   ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: choward              Page 2 of 2                   Date Rcvd: Oct 06, 2011
                               Form ID: pdf006            Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**                    **Signature:**    _/s/ Joseph Speetjens_